Appeal No. 18600 from Judgment dated August 5, 1992, Lee J. Howard, Ruling Judge, Lowndes County Circuit Court.
T. Calvin Wells, Jeffrey P. Hubbard, Peter L. Doran, Wells Moore Simmons & Neeld, Jackson, for Appellant.
John W. Crowell, J. Gordon Flowers, Ghol-son Hicks Nichols & Ward, Columbus, for Appellee.
Before THOMAS, P.J., and COLEMAN and DIAZ, JJ.
Affirmed in Part and Remanded in Part.
FRAISER, C.J., BRIDGES, P.J., and BARBER, KING, McMILLIN and PAYNE, JJ., concur.
SOUTHWICK, J., not participating.